Glen McGOWAN, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. ED 87762.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 14, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 14, 2006.

Glen McGowan, Jefferson City, pro se.

Shaun J. Mackelprang, Assistant Attorney General, Roger W. Johnson, Jefferson City, for respondent.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Movant, Glen McGowan, appeals *pro se* from the judgment dismissing, without an evidentiary hearing, his Rule 29.15 motion for post-conviction relief as untimely. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's judgment is based on findings of facts and conclusions of law that are not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only, which sets forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).